UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Frangie Espinal,

                Plaintiffs,                             23 -CV-10776 (PAE) (RFT)

   -against-                                            **ORDER**

Lenoir-Rhyne University,

                Defendant.
-----------------------------------------------------------X

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good faith attempt to settle this action. In their discussions, the parties should consider whether plaintiff has satisfied the threshold requirement of standing. *See, e.g., Calcano v. Swarovski N. Am. Ltd.,* 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.,* 28 F.4th 435, 443-44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's Court-annexed mediation program or before the undersigned would be productive at this time.

      IT IS FURTHER ORDERED that within fifteen additional (15) days, (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the Court either (1) refer the case to mediation, or (2) set a date for a settlement conference, or (3) proceed with an initial case management conference.

DATED:     January 4, 2024                            SO ORDERED.
                New York, NY

                                                            **ROBYN F. TARNOFSKY**
                                                            United States Magistrate Judge