**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

March 5, 2024

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

     ***Re:***   *Espinal v. Lenoir-Rhyne University,*
        <u>Case No.: 1:23-cv-10776</u>

Dear Judge Engelmayer,

  The undersigned represents Frangie Espinal ("Plaintiff") in the above referenced matter against Defendant, Lenoir-Rhyne University, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                  Respectfully submitted,

                  <u>/s/Michael A. LaBollita, Esq.</u>
                  Michael A. LaBollita, Esq.

cc: All counsel of record via ECF